```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 24176
   FRANK P AMBROSE
   JOANNE M AMBROSE                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-7045     SSN XXX-XX-3272

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/22/07 .

     2.  The case was converted to Chapter 7 without confirmation, 03/24/2008.

     3.  The Debtor paid a total of $   1350.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| MAZDA AMERICAN CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COLE TAYLOR BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |

```
NORTHWESTERN MEDICAL FAC  UNSECURED          NOT FILED              .00              .00
FAMILY PRACTICE           UNSECURED          NOT FILED              .00              .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED          NOT FILED              .00              .00
SHELL                     UNSECURED          NOT FILED              .00              .00
VON MAUR                  UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED          NOT FILED              .00              .00
DAVID M KARAS             UNSECURED          NOT FILED              .00              .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, JOHN J LYNCH                     , was allowed $   3500.00
and was paid $    606.00   direct and $   1271.70   through the plan.

The Trustee received $      78.30 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/26/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 07 B 24176 FRANK P AMBROSE & JOANNE M AMBROSE